UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HARLEY-DAVIDSON MOTOR COMPANY, INC.,

    *Plaintiff,*

v.

SHERRON LEGGETT,

    *Defendant.*

Case No. 2:23-cv-01639-PP

### FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION

**WHEREAS**, Plaintiff Harley-Davidson Motor Company, Inc. ("Plaintiff") filed a complaint (Dkt. 1) on December 6, 2023 against Sherron Leggett ("Defendant") in the above-captioned action ("Action") alleging, *inter alia*, trademark counterfeiting, trademark infringement, and dilution of trademark rights in the trademarks HARLEY-DAVIDSON, HARLEY, H-D, HD, and the Bar & Shield Logos (collectively, the "H-D Marks").

**WHEREAS**, Plaintiff alleges in the Action that Defendant has made unauthorized uses of the H-D Marks and confusingly similar variations thereof in connection with apparel;

**WHEREAS**, the Parties have agreed to settle all claims and disputes that have arisen between them in the Action and have entered into a confidential settlement agreement (the "Settlement Agreement"), and agree to be bound by the terms of this Final Consent Judgment and Permanent Injunction (the "Consent Judgment").

Upon consent of the parties to this Action, by their attorneys and representatives, pursuant to the Settlement Agreement, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. This Court has jurisdiction over Plaintiff and Defendant and the claims in this action.

2. Judgment is entered in Plaintiff's favor on Plaintiff's claims for trademark counterfeiting under 15 U.S.C. § 1114(1), trademark infringement under 15 U.S.C. § 1114(1), trademark infringement and false designation of origin under 15 U.S.C. § 1125(a), trademark dilution under 15 U.S.C. § 1125(c), trademark infringement under Chapter 132 of the Wisconsin Statutes, and common law trademark infringement, unfair competition and misappropriation on the terms set forth in this Consent Judgment.

3. Plaintiff owns the trademarks HARLEY-DAVIDSON, HARLEY, H-D, HD, and the Bar & Shield Logos shown below and variations thereof (collectively, the "H-D Marks").



4. Defendant and his employees, agents, contractors, officers, and all persons in active concert or participation with any of them are permanently and forever enjoined:

    a. From using or displaying any of the H-D Marks including, but not limited to, in connection with any other wording or designs, and from using any other marks, logos, designs, images, designations, or indicators that are confusingly similar to any of the H-D Marks, in any unauthorized manner in connection with any products or services, including without limitation on promotional materials and products, Defendant's

website(s), any other websites or online platforms including social media and apps, advertising materials, emails, and signage;

  b. From representing by any means whatsoever, directly or indirectly, that Defendant, any products or services offered by or on behalf of Defendant, or any activities undertaken by or on behalf of Defendant, are associated or connected in any way with H-D including, but not limited to, using any of the H-D Marks or any confusingly similar designs, images, logos, icons, or marks; and

  c. From instructing, assisting, aiding, abetting, or contracting with any other person or business entity in engaging or in performing any of the activities referred to in subparagraphs 4(a) and 4(b) above.

5. Defendant will immediately destroy or permanently remove, as applicable, the H-D Marks from all of Defendant's products, signage, websites, third-party websites (including, but not limited to, Defendant's social media pages), advertising, promotional materials, emails, television commercials, videos, posters, displays, brochures, catalogs, newsletters, manuals, forms, stationery, promotional merchandise, print materials, and any other materials and things that bear or display any of the H-D Marks, or any other designs, images, logos, icons, or marks that are confusingly similar to any of the H-D Marks.

6. Defendant will immediately cancel all printing and placements of any products, advertisements, promotional materials, signs, and listings, including directory listings, in any media or format bearing or displaying any of the H-D Marks, or any other designs, images, logos, icons, or marks that are confusingly similar to any of the H-D Marks.

7. The Parties will bear their own costs and attorneys' fees.

8. All claims and defenses asserted by the Parties in the Action are hereby resolved by this Consent Judgment.

9. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the creation or modification of this judgment, the enforcement thereof and enforcement of the Settlement Agreement, and the punishment for any violations thereof. The United States District Court for the Eastern District of Wisconsin will be the exclusive venue for any dispute arising out of the Settlement Agreement or this Consent Judgment and Defendant consents to personal jurisdiction of this Court for any such dispute.

10. This Consent Judgment is effective immediately.

11. The parties agree to waive any and all rights they have to appeal this Consent Judgment.

Respectfully submitted and agreed to by:

<table>
<tr><td>

By: s/Emma J. Jewell
_____
Jennifer L. Gregor, SBN 1078174
GODFREY & KAHN, S.C.
One East Main Street
Madison, WI 53703
608-257-3911
JGregor@gklaw.com

Emma J. Jewell, SBN 1104663
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
414-273-3500
ejewell@gklaw.com

David M. Kelly (WIED Bar No. 409718)
Saul Cohen (WIED Bar No. 1044818)
KELLY IP, LLP
1300 19th Street, N.W., Suite 420
Washington, D.C. 20036
(202) 808-3570
david.kelly@kelly-ip.com
saul.cohen@kelly-ip.com

*Attorneys for Plaintiff Harley-Davidson Motor Company, Inc.*

</td><td>

By:_____
Sherron Leggett
2041 Jay Eye See Ave.
Racine, WI 53404

*Defendant*




















**SO ORDERED** this ___ of _____, 2024


_____

</td></tr>
</table>

By: _____
Jennifer L. Gregor, SBN 1078174
GODFREY & KAHN, S.C.
One East Main Street
Madison, WI 53703
608-257-3911
JGregor@gklaw.com

Emma J. Jewell, SBN 1104663
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
414-273-3500
ejewell@gklaw.com

David M. Kelly (WIED Bar No. 409718)
Saul Cohen (WIED Bar No. 1044818)
KELLY IP, LLP
1300 19th Street, N.W., Suite 420
Washington, D.C. 20036
(202) 808-3570
david.kelly@kelly-ip.com
saul.cohen@kelly-ip.com

*Attorneys for Plaintiff Harley-Davidson Motor Company, Inc.*

By: /s/ Sherron Leggett
Sherron Leggett
2041 Jay Eye See Ave.
Racine, WI 53404

*Defendant*

**SO ORDERED** this ___ of _____, 2024

_____

5

Case 2:23-cv-01639-PP   Filed 03/15/24   Page 6 of 6   Document 14