UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HARLEY-DAVIDSON MOTOR COMPANY, INC.,

        Plaintiff,

  v.

        Case No. 23-cv-1639-pp

SHERRON LEGGETT,

        Defendant.

---

**ORDER ENTERING PERMANENT INJUNCTION**

---

On March 15, 2024, the parties submitted a Joint Motion for Entry of Final Consent Judgment and Permanent Injunction, agreeing to the entry of a consent judgment and a permanent injunction. Id. The court granted the motion. Dkt. No. 16.

Plaintiff Harley-Davidson Motor Company, Inc. filed a complaint on December 6, 2023 against defendant Sherron Leggett alleging trademark counterfeiting, trademark infringement, and dilution of trademark rights in the trademarks HARLEY-DAVIDSON, HARLEY, H-D, HD, and the Bar & Shield Logos (collectively, the "H-D Marks"). Dkt. No. 1. The plaintiff alleges that the defendant has made unauthorized uses of the H-D Marks and confusingly similar variations thereof in connection with apparel. Id. The parties have agreed to settle all claims and disputes in this case and have entered into a confidential settlement agreement and agree to be bound by the terms of the final consent judgment and permanent injunction.

1

The court **FINDS** that:

The court has jurisdiction over the plaintiff and the defendant and the claims in this case.

The plaintiff owns the trademarks HARLEY-DAVIDSON, HARLEY, H-D, HD, and the Bar & Shield Logos shown below and variations thereof (collectively, the "H-D Marks").



The court **PERMANENTLY ENJOINS** the defendant and his employees, agents, contractors, officers, and all persons in active concert or participation with any of them from:

Using or displaying any of the H-D Marks including, but not limited to, in connection with any other wording or designs, and from using any other marks, logos, designs, images, designations, or indicators that are confusingly similar to any of the H-D Marks, in any unauthorized manner in connection with any products or services, including without limitation on promotional materials and products, the defendant's website(s), any other websites or online platforms including social media and apps, advertising materials, emails, and signage;

2

Representing by any means whatsoever, directly or indirectly, that the defendant, any products or services offered by or on behalf of the defendant, or any activities undertaken by or on behalf of the defendant, are associated or connected in any way with H-D including, but not limited to, using any of the H-D Marks or any confusingly similar designs, images, logos, icons, or marks; and

Instructing, assisting, aiding, abetting, or contracting with any other person or business entity in engaging or in performing any of the activities referred to in subparagraphs 4(a) and 4(b) above.

The court **ORDERS** that:

The defendant must immediately destroy or permanently remove, as applicable, the H-D Marks from all of the defendant's products, signage, websites, third-party websites (including, but not limited to, the defendant's social media pages), advertising, promotional materials, emails, television commercials, videos, posters, displays, brochures, catalogs, newsletters, manuals, forms, stationery, promotional merchandise, print materials, and any other materials and things that bear or display any of the H-D Marks, or any other designs, images, logos, icons, or marks that are confusingly similar to any of the H-D Marks.

The defendant must immediately cancel all printing and placements of any products, advertisements, promotional materials, signs, and listings, including directory listings, in any media or format bearing or displaying any of

3

Case 2:23-cv-01639-PP    Filed 03/21/24    Page 3 of 4    Document 17

the H-D Marks, or any other designs, images, logos, icons, or marks that are confusingly similar to any of the H-D Marks.

The court **ORDERS** that this case is **ADMINISTRATIVELY CLOSED**.

Dated in Milwaukee, Wisconsin this 21st day of March, 2024.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**
