UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HARLEY-DAVIDSON MOTOR COMPANY, INC.,

    Plaintiff,

v.

SHERRON LEGGETT,

    Defendant.

**CONSENT JUDGMENT IN A CIVIL CASE**

Case No. 23-cv-1639-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against the defendant on the plaintiff's claims for trademark counterfeiting under 15 U.S.C. §1114(1), trademark infringement under 15 U.S.C. §1114(1), trademark infringement and false designation of origin under 15 U.S.C. §1125(a), trademark dilution under 15 U.S.C. §1125(c), trademark infringement under Chapter 132 of the Wisconsin Statutes, and common law trademark infringement, unfair competition and misappropriation.

    **THE COURT ORDERS** that the parties will bear their own costs and attorney's fees and that all claims and defenses asserted by the parties are resolved by this consent judgment.

    **THE COURT ORDERS** that the court retains jurisdiction for the purpose of making any further orders necessary or proper for the creation or modification of this judgment, the enforcement thereof, the enforcement of the settlement agreement and the punishment for any violations thereof. The United States District Court for the Eastern District of Wisconsin will be the exclusive venue for any dispute arising out of the settlement agreement, the permanent injunction or this consent judgment. The defendant consents to personal jurisdiction of this court for any such dispute.

**THE COURT ORDERS** that this consent judgment is effective immediately and the parties waive any and all rights they have to appeal this consent judgment

**THE COURT ORDERS** that this case is **ADMINISTRATIVELY CLOSED**.

Approved and dated in Milwaukee, Wisconsin this 21st day of March, 2024.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk